# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 1, 2014

149596

In re J.R. CHEEKS, Minor.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 149596
COA: 315523
Wayne CC Family Division:
10-493879-NA

_____/

On order of the Court, the application for leave to appeal the June 10, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 1, 2014

p0729



Clerk